DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

18 DECEMBER 2014

| 400P14 | State v. Dennis Moore | Def's *Pro Se* Petition for *Writ of Mandamus* | Denied **10/24/2014** |
|---|---|---|---|
| 401A13 | Riggings Homeowners, Inc. v. Coastal Resources Commission of the State of North Carolina | 1. Respondent's NOA Based Upon a Dissent (COA12-1299)<br><br>2. Respondent's Motion for Temporary Stay<br><br>3. Respondent's Petition for *Writ of Supersedeas*<br><br>4. Respondent's PDR as to Additional Issues<br><br>5. Petitioner's Motion to Dismiss Appeal<br><br>6. Petitioner's Conditional PDR Under N.C.G.S. § 7A-31 | 1. —<br><br>2. Allowed **09/11/2013**<br><br>3. Allowed **09/11/2013**<br><br>4. Allowed<br><br>5. Dismissed as Moot<br><br>6. Allowed<br><br>**Hunter, J., recused** |
| 401P14 | State v. Matthew Keith Hutcheson | Def's Petition for *Writ of Certiorari* to Review Order of the COA (COA13-842) | Denied |
| 402P14 | State v. Bobby Lee Rawlings | Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA14-242) | Denied<br><br>**Hunter, J., recused** |
| 403P14 | State v. Anthony Lashone Green | Def's Petition for *Writ of Certiorari* to Review Order of Superior Court of Sampson County | Dismissed |
| 405P14 | State v. Dwayne Anthony Ellis | 1. State's Motion for Temporary Stay (COA14-77)<br><br>2. State's Petition for *Writ of Supersedeas*<br><br>3. State's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **10/27/2014**<br><br>2. Allowed<br><br>3. Allowed |
| 407P14 | State v. Dwain Cornelius Ferrell | 1. Def's *Pro Se* Motion for NOA (COAP14-742)<br><br>2. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA | 1. Dismissed *ex mero motu*<br><br>2. Dismissed |